AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Grady William Powers | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No. 2:18-cv-02227-HMH |
| Charleston Police Department, United States of America, Warden B. Mosley, Jeff Sessions, Mark Castro, Unit Manager Laugh, G. Brunson, Ms. Broadwater, Lt. Collister, Charles Bray, and Unites States Attorney for the District of South Carolina; | ) ) ) ) ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Grady William Powers, shall take nothing of Defendants, Charleston Police Department United States of America, Warden B. Mosley, Jeff Sessions, Mark Castro, Unit Manager Laugh, G. Brunson, Ms. Broadwater, Lt. Collister, Charles Bray, and Unites States Attorney for the District of South Carolina; as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: May 23, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/H.Adaway

*Signature of Clerk or Deputy Clerk*